Form ntcclmdbtr

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **20−41671−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Phillip Edward Perkowski
  22614 Hoffman St.
  Saint Clair Shores, MI 48082

  Deborah Bernice Perkowski
  fdba Deborah B. Perkowski
  22614 Hoffman St.
  Saint Clair Shores, MI 48082

Social Security No.:
  xxx−xx−3261          xxx−xx−5888

Employer's Tax I.D. No.:

## NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 08/19/2020 a claim was filed by the Debtor/Trustee on behalf of Michigan Department of Treasury in the amount of $ 992.00 .

Dated: 8/20/20

          BY THE COURT

          Katherine B. Gullo , Clerk of Court
          UNITED STATES BANKRUPTCY COURT